## HUSON *et al. v.* CANDLER *et al.*

No. 11791. JUNE 21, 1937.

*W. D. Lanier,* for plaintiffs in error.
*Tye, Thomson & Tye,* contra.

BELL, Justice. This was a suit to enjoin the inclosing of a vacant tract of land, in violation of a covenant between the defendants' predecessor and an alleged common grantor of the plaintiffs and the defendants,· whereby the tract would be kept open

for the common use of adjacent owners. The jury returned a verdict in favor of the defendants, and the judgment overruling the plaintiffs' motion for a new trial was reversed by this court on the ground that the verdict was without evidence to support it. *Godfrey* v. *Huson*, 180 *Ga.* 483 (179 S. E. 114). On the next trial the jury found in favor of the plaintiffs. The defendants' motion for new trial was overruled, and they excepted. The motion was based only upon the general grounds, and amplifications thereof as contained in an amendment. Regardless of the merits of the questions now raised, the facts relating thereto were the same in the former record, and therefore the former decision reversing the judgment in favor of the defendants on the general grounds necessarily adjudicated that so far as such facts were concerned a verdict in favor of the plaintiffs would be authorized. Otherwise the judgment would have been affirmed for want of evidence to support the petition, despite the failure of the proof to sustain the defenses. That decision is now the law of the case, and on the record requires an affirmance of the judgment. See *Hollis* v. *Nelms*, 115 *Ga.* 5 (4) (41 S. E. 263); *Sims* v. *Georgia Ry. &c. Co.*, 123 *Ga.* 643 (51 S. E. 573); *Dolvin* v. *American Harrow Co.*, 125 *Ga.* 699, 702 (54 S. E. 706, 28 L. R. A. (N. S.) 785); *Pierpont Mfg. Co.* v. *Savannah*, 153 *Ga.* 455 (112 S. E. 462). In the circumstances no decision will be made upon other questions.

*Judgment affirmed. All the Justices concur, except Hutcheson, J., disqualified.*